UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENE ANTHONY OLIVER,**<br> Plaintiff<br><br>v.<br><br>**MAXIMUS FEDERAL SERVICES, INC.**<br> Defendant. | **DOCKET NO. 20-01757**<br><br>**JUDGE NANNETTE JOLIVETTE BROWN**<br><br>**MAGISTRATE KAREN WELLS ROBY** |

## **DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS**

Defendant, Maximus Federal Services, Inc., respectfully requests that, in addition to the Court's standard questions, the following *voir dire* questions are asked of the prospective jurors in connection with the selection of jurors in this matter.

1. Are you employed? If so, by whom are you employed? What position do you hold? How long have you worked for your current employer?

2. Do you currently, or have you ever, supervised employees? If so, in what capacity?

3. Are you married? If so, is your spouse employed? If so, by whom is your spouse employed? What position does he or she hold? How long has your spouse worked for their current employer? Does your spouse supervise employees?

4. Have you or a family member or friend ever been a victim of discrimination in employment? If so, please explain. If so, did you or someone on your behalf complain to your employer? Was the complaint handled to your satisfaction? If not, please explain.

5. Have you, your spouse, or a family member or close personal acquaintance ever left a job on unfavorable terms, including a termination? Please explain.

6. Have you, your spouse, or a family member or close personal acquaintance ever lodged a complaint, either formal or informal, against a fellow employee or an employer? Please explain.

7. Have you, or any family member, or friend, ever been accused by another person of any type of retaliation, harassment, or discrimination? If so, please explain.

8. Have you, your spouse, or a family member or personal acquaintance ever been involved in litigation as a plaintiff, defendant or witness? Please describe.

9. Have you ever provided testimony, by way of a written statement or oral testimony, in any type of hearing which involved any complaint of discrimination? If so, please explain.

10. Other than what you may already have told us about, have there been any instances in which you feel you, or a family member or close friend, have been treated unlawfully or unfairly by your or their employer? If yes, please describe the circumstances.

11. Do you belong to any political, community, charitable or other organizations or associations? Please describe.

12. What is your current political affiliation? How long have you associated yourself with this political affiliation? Do you tend view issues from a conservative, moderate, liberal, or progressive perspective?

13. Have you ever served on a jury before? If so, how many times? When did you serve on a jury? What was the nature of the case(s)? What was the outcome?

14. Have you ever heard of the Title VII of the Civil Rights Act? If so, what is your understanding of what this law requires?

15. This case involves allegations by the plaintiff that he was discriminated against due to his race. Maximus Federal Services, Inc. contends that plaintiff was not subjected to any form of discrimination and that he was terminated for unprofessional conduct. Would you be able to fairly hear the claims and defenses and decide the case on the basis of the facts and the law?

16. Do any of you have any beliefs, feelings, or prejudices against businesses or corporations that might prevent you from being a completely fair and impartial juror in this case?

17. Do you believe the defendant, even a corporation, is entitled to the same fair and impartial treatment by you as a juror as the plaintiff is entitled to in this case?

18. Do you think that an employee is more believable than his boss or other managers, officers or executives when complaints and disputes arise? If so, why?

19. Do you believe that if someone files a lawsuit, his or her allegations are probably true?

20. Do you believe that, if an employee or former employee complains about an employer, the complaint is probably true?

21. In a legal dispute between an individual and a corporation, whose version of events in question do you think you would be more likely to believe?

22. Do you think you would have a tendency to find in favor of the plaintiff just because he lost his job or because you believe that companies can always afford to pay something?

23. Do you have any problem accepting the notion that the plaintiff bears the burden of proof in this case in connection with his claims?

24. Have you, your spouse, or any family member or close friend ever been employed as a personnel, human resources, or labor relations employee or manager? If so, please describe.

25. Do you think that an employee's race should prevent an employer from taking the steps it feels it needs to operate its business?

26. In any job you have held, did you have the power or authority to hire, discipline, or terminate employees? If so, explain.

27. Have you been involuntarily terminated from a job for reasons other than a layoff due to lack of work, reduction in force, or company shutdown? If so, please describe. Do you feel like you were wrongfully terminated? If so, why?

28. Do you have any particular beliefs about the legal system in the United States, or in favor of or against a plaintiff or a defendant, which might prevent you from being a fair and impartial juror in this case? If so, please explain.

29. Is there anything about what you have heard about the nature of this lawsuit or about the parties involved in this lawsuit that would make you hesitate to sit on this jury?

30. Have you had any experience with judges, lawyers or the courts that would affect your ability to hear and decide this case fairly?

31. Are you familiar with, or have you ever studied law in any setting? If so, what was the nature and extent of your studies?

32. Regardless of any familiarity you may have with any of the legal terms which are used in this case, do you believe that you will be able to accept the statement of the law as given to you by the Court and apply the law to the facts of this case?

33. Is there anything that you have heard about this case so far that might prevent you from being completely impartial?

34. Can you separate out your own experiences in the workplace when you are considering the facts of this case?

35. If, after hearing all of the evidence, you felt sorry for the plaintiff, but you also found that he had not met his burden of proving that the defendant violated the law, would you have a problem denying the plaintiff any damages?

36. Do you know of any reason why you should not be a juror in this case? If so, please explain.

                                            Respectfully submitted,

*s/ Amanda Wingfield Goldman*
Susan Fahey Desmond (#25380)
Susan.Desmond@jacksonlewis.com
Amanda Wingfield Goldman (#30800)
Amanda.Goldman@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

**COUNSEL FOR DEFENDANT,
MAXIMUS FEDERAL SERVICES, INC.**

4816-0121-5726, v. 1