# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENE ANTHONY OLIVER,**<br>    **Plaintiff**<br><br>**v.**<br><br>**MAXIMUS FEDERAL SERVICES, INC.**<br>    **Defendant** | **DOCKET NO. 20-01757**<br><br><br>**JUDGE NANNETTE JOLIVETTE BROWN**<br><br><br>**MAGISTRATE KAREN WELLS ROBY** |

## PLAINTIFF'S PROPOSED VOIR DIRE

Plaintiff, Rene Anthony Oliver through undersigned Counsel comes and files his Proposed Voir Dire questions pursuant to the Court's scheduling order [Doc 18-1].

1. If I raise any or you are feeling you have a negative view or just couldn't be fair, will you please tell me?

2. Is there anyone who would feel uncomfortable raising their hand?

3. Do you believe that discrimination still occurs in America?

3. Civil cases are proven by a preponderance of the evidence. Is there anyone who feels that a person coming to court in a civil case should prove their case by more than a preponderance of the evidence?

4. Do any of you feel in a civil case that the case has to be won by more than 50.1% by the winner

5. Have you ever been in a situation at work where you felt that you were being discriminated against? If yes, Please tell us about that situation.

6. Have you or your family member ever filed, or thought about filing, a discrimination charge or lawsuit against anyone? If yes, tell us about that situation.

7. In your opinion, how much race discrimination is in the business world today? A lot? Some? A little? Or none at all?

8. In your opinion, what are some subtle examples of how a company could discriminate against a person on the basis of race?

9. ln your opinion, what are some subtle examples of how a company could retaliate against a person on the basis of race in the work environment?

10. Does anyone have a problem with suing their employer?

Respectfully Submitted:

**LAW OFFICES OF YANCY A. CARTER**

 /s/ Yancy A. Carter
Yancy A. Carter, Esq. (Bar #24335)
Law Offices of Yancy A. Carter
Post Office Box 691442
Houston, Texas 77269
Telephone: (504) 319-3625
Facsimile: (832) 284-7052
yancycarter@hotmail.com

**COUNSEL FOR PLAINTIFF**
**ANTHONY OLIVER**

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff hereby certifies that a true and correct copy of the foregoing Plaintiff's Voir Dire was served pursuant to the Federal Rules of Civil Procedure on the 13th day of June, 2021, via the court's electronic system to the following:

**JACKSON LEWIS P.C.**

 /s/ Susan Fahey Desmond
Susan Fahey Desmond (T.A.) (Bar #25380)
Susan.Desmond@jacksonlewis.com
Amanda Wingfield Goldman (Bar #30800)
Amanda.Goldman@jacksonlewis.com
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone:    (504) 208-1755
Facsimile:    (504) 208-1759

**COUNSEL FOR DEFENDANT
MAXIMUS FEDERAL SERVICES, INC.**

/s/ Yancy A. Carter
Yancy A. Carter Attorney for Plaintiff