UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENE ANTHONY OLIVER,**<br><br>    **Plaintiff**<br><br>v.<br><br>**MAXIMUS FEDERAL SERVICES, INC.**<br><br>    **Defendant** | **DOCKET NO. 20-01757**<br><br><br>**JUDGE NANNETTE JOLIVETTE BROWN**<br><br><br>**MAGISTRATE KAREN WELLS ROBY** |

## PLAINTIFF'S PROPOSED JURY INTERROGATORIES

   Plaintiff, Rene Anthony Oliver through undersigned Counsel comes and files his Proposed Jury Interrogatories pursuant to the Court's scheduling order [Doc 18-1].

   Respectfully Submitted,

**LAW OFFICES OF YANCY A. CARTER**

 _/s/ Yancy A. Carter_
Yancy A. Carter, Esq. (Bar #24335)

Law Offices of Yancy A. Carter

Post Office Box 691442

Houston, Texas 77269

Telephone: (504) 319-3625

Facsimile: (832) 284-7052

yancycarter@hotmail.com


**COUNSEL FOR PLAINTIFF**
 **RENE ANTHONY OLIVER**

## PROPOSED JURY INTERROGATORIES

1. Has the plaintiff proved by a preponderance of the evidence, that the plaintiff s race was the sole reason for the defendant's decision to write up the Plaintiff?

Yes _____     No _____

2. Has the plaintiff proved by a preponderance of the evidence that the plaintiff's race was a motivating factor for the defendant's decision to write up the Plaintiff?

Yes _____     No _____

3. Has the plaintiff proved by a preponderance of the evidence that the plaintiff was subjected to disparate treatment because of his race, African-American?

Yes _____     No _____

What damages do you award Oliver against Defendant?

$_____

4. Has the plaintiff proved by a preponderance of the evidence that he was terminated from his employer because of retaliation?

Yes _____     No _____

What damages do you award Oliver against Defendant?

$_____

5. Has defendant proven by a preponderance of the evidence that it would nevertheless have taken the same action even if it had not considered Oliver's complaint to the Ethics Line?

Yes _____     No _____

6. Do you find that Plaintiff Rene Anthony Oliver should be awarded punitive damages?

Yes _____  No _____

What amount of punitive damages do you award Oliver against Defendant?

$_____

## VERDICT OF THE JURY

We, the jury, have answered the above and foregoing questions as indicated, and herewith return the same into Court as our verdict.

_____        _____
      DATE                                                                   FOREMAN